# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Irene Manchester,                    ) | Case No.: 08-cv-551 PAM/JJK |
|                                                  ) |  |
| Plaintiff,       ) |  |
|                                                  ) |  |
| v.                                              ) |  |
|                                                  ) |  |
| Phillips & Cohen Associates, Ltd.,  ) |  |
|                                                  ) |  |
| Defendant.   ) |  |

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

Based upon the Stipulation for Dismissal with Prejudice entered into by Plaintiff Irene Manchester and Defendant Phillips & Cohen Associates, Ltd., and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorneys' fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.  There being no just reason for delay, judgment of dismissal shall be entered.

**BY THE COURT:**

Dated: October 23, 2008

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Senior U.S. District Court Judge